|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | NO: 3-05-70967 EDL |
|---|---|
| Plaintiff, |  |
| vs. |  |
| MICHAEL RADER, | [PROPOSED] ORDER ALLOWING TRAVEL |
| Defendant. |  |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that MICHAEL RADER may travel to Lake Tahoe, California from February 8-10, 2006.

DATED: February 6, 2006

_____
JUDGE, U.S. DISTRICT COURT
HON. MARIA-ELENA JAMES