1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,              )    No.: 3-05-70967 EDL
                                           )
12          Plaintiff,                     )
                                           )
13      v.                                 )    ORDER DOCUMENTING WAIVER
                                           )
14  MICHAEL RADER,                         )
                                           )
15                                         )
            Defendant.                     )
16  _____)

17      With the agreement of the parties, and with the consent of the defendant, the Court enters this
18  order vacating the preliminary hearing date of November 15, 2006, setting a new preliminary
19  hearing date on January 17, 2007, at 9:30 a.m. before the duty magistrate judge, extending the
20  time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extending the
21  30-day time period for indictment and excluding time under the Speedy Trial Act from
22  November 15, 2006 to January 17, 2007.   The parties agree, and the Court finds and holds, as
23  follows:
24      1. Rader has been released on a personal recognizance bond.  The complaint charges him
25  with conspiracy to distribute or possess with the intent to distribute 3,4
26  methylenedioxymethamphetamine (MDMA) in violation of 21 U.S.C. § 846.  It also charges him
27  with a phone count in violation of 21 U.S.C. § 843(b).  The case is related to a wiretap
28  investigation that resulted in a 15-defendant indictment in case number CR 05 00491 VRW.  The

ORDER DOCUMENTING WAIVER (3-05-70967 EDL)

1 | wiretap involves 30,000 intercepted calls and 8,000 pertinent calls. About one-third of the
2 | pertinent calls are in Russian. Time has been excluded in that case based on the amount of
3 | discovery and defense counsel's need to effectively prepare the case.
4 |     2. Counsel for Rader is reviewing the evidence to determine whether a pre-charge
5 | disposition is appropriate. Only after evaluating the evidence will counsel be in a position to
6 | evaluate what disposition is an appropriate one. He also believes it is his best interest to
7 | negotiate the case pre-indictment, and he cannot do that without evaluating the evidence.
8 |     3. Taking into the account the public interest in the prompt disposition of criminal cases,
9 | these grounds are good cause for extending the time limits for a preliminary hearing under
10 | Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for indictment
11 | and excluding time under the Speedy Trial Act. Failure to grant the continuance would deny
12 | defense counsel the reasonable time necessary for effective preparation, taking into account the
13 | exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the ends of
14 | justice served by excluding the period from November 15, 2006 to January 17, 2007 outweigh
15 | the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).
16 |     4. Accordingly, and with the consent of the defendant, the Court (1) vacates the November
17 | 15, 2006, preliminary hearing date and sets a preliminary hearing date before the duty magistrate
18 | judge on January 17, 2007 at 9:30 a.m., and (2) orders that the period from November 15, 2006
19 | to January 17, 2007 be excluded from the time period for preliminary hearings under Federal
20 | Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. §
21 | 3161(h)(8)(A) & (B)(iv).
22 | STIPULATED:
23 | DATED:_____       _____/s_____
24 |                              LEWIS ROMERO
                             Attorney for MICHAEL RADER
25 | DATED:_____       _____/s_____
26 |                              LAUREL BEELER
                             Assistant United States Attorney
27 | IT IS SO ORDERED.
    DATED: 11/14/06
28 |                              United States Magistrate Judge
                             **EDWARD M. CHEN**

ORDER DOCUMENTING WAIVER (3-05-70967 EDL)    2