1 | Lewis Romero, CASBN 197123
2 | Paul Alaga, CASBN 221165
  | 885 Bryant Street, Suite 202
3 | San Francisco, CA 94103
  | 415.581.0885 Tel
4 | 415.581.0887 Fax

5 | Attorneys for Michael Rader

6

7 | UNITED STATES DISTRICT COURT
  | NORTHERN DISTRICT OF CALIFORNIA
8 | SAN FRANCISCO DIVISION

9

10 | UNITED STATES OF AMERICA,                 NO:       3-05-70967 EDL

11 |                    Plaintiff,

12 |              vs.

13 | MICHAEL RADER,                              EX PARTE REQUEST
                                                FOR TRAVEL ORDER
14 |                    Defendant.

15

16

17

18 |        COMES NOW defendant MICHAEL RADER, through counsel, and hereby requests

19 | permission to travel outside the Northern District of California.  In support of said request,

20 | counsel declares:

21 |        I am an attorney licensed to practice in the State of California and before this Court.  I am

22 | the attorney of record for defendant MICHAEL RADER.

23 |        Defendant respectfully requests permission to travel to Lake Tahoe, California.  Mr.

24 | Rader will be driving with girlfriend/custodian to Lake Tahoe on December 29, 2006.  Mr. Rader

25 | will drive back to San Francisco from Lake Tahoe on January 2, 2007.

26 

27 |        This court has previously approved travel to Lake Tahoe for Mr. Rader in December of

28 | 2005 and July of 2006.  In addition, on December 26, 2006 Pretrial Services Officer Michelle

1   Nero stated to defense counsel (vial telephone) that she has no objection to the requested travel

2   plans. Similarly, A.U.S.A. Laurel Beeler stated via email on December 22, 2006 that she had no

3   objection to the travel order under these circumstances.

4

5        Based on the foregoing, I respectfully request that the court grant Mr. Rader permission

6   to travel.

7        I declare under penalty of perjury that the foregoing is true and correct, and that this

8   declaration is executed on December 26, 2006 at San Francisco, California.

9

10                                   /s/ Lewis Romero

11                                     Lewis Romero

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

2

3

4    UNITED STATES OF AMERICA,              NO:    3-05-70967 EDL

5                        Plaintiff,

6               vs.

7    MICHAEL RADER,                          ORDER ALLOWING TRAVEL

8                        Defendant.

9

10

11

12          Upon request of defendant and good cause appearing,

13          IT IS HEREBY ORDERED that MICHAEL RADER may travel to Lake Tahoe,

14   California from December 29, 2006 through January 2, 2007.

15

16

17   DATED:    December 29, 2006                 _____
                                                 JUDGE, U.S. DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28